| | |
|---|---|
| 1 | JOAN M. GRIMES, ESQ. |
| | State Bar No. 121502 |
| 2 | 1600 S. Main Street, Suite 100 |
| | Walnut Creek, CA 94596 |
| 3 | (925) 939-1680  Phone |
| | (925) 407-8373  Fax |
| 4 | |
| 5 | Attorney for Debtor |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Vernon Michael Fajardo | ) Case No.   12-48243-CN |
| | ) |
| | ) Chapter 13 CN |
| | ) |
| | ) **EX-PARTE MOTION TO ALLOW** |
| | ) **LOAN MODIFICATION; TRUSTEE'S** |
| Debtor | ) **STATEMENT OF NON-OPPOSITION** |

Vernon Michael Fajardo, hereby moves the Court for an order allowing the loan modification on the 1st Deed of Trust, held by Select Portfolio Servicing, Inc., on the real property located at 509 Lassen Way, Oakley, CA 94561. A copy of the Modification Agreement is attached hereto as Exhibit A.

Dated: July 28, 2017

LAW OFFICE OF JOAN GRIMES

/s/ Joan M. Grimes
Joan M. Grimes
Attorneys for Debtor

EX-PARTE MOTION TO ALLOW LOAN MODIFICATION; TRUSTEE'S STATEMENT OF NON-OPPOSITION

Page 1

TRUSTEE'S STATEMENT OF NON-OPPOSTION

The undersigned has no opposition to the above motion.

Dated: 7-20-17

/s/Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Trustee

EX-PARTE MOTION TO ALLOW LOAN MODIFICATION; TRUSTEE'S STATEMENT OF NON-OPPOSITION
Page 2